UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:14-00014 |
| ) | JUDGE TRAUGER |
| ) | |
| JOSHUA CHAPMAN ) | |

MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, defendant Joshua Chapman requests that the Court allow him to file, under seal, an Affidavit in support of the Motion to be Relieved as Counsel of Record. In support, counsel would show:

>Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order No. 167 at § 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal.

In this case, the Affidavit contains confidential and sensitive information, and counsel requests that the Affidavit be placed under seal.

Respectfully submitted,

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2014, I electronically filed the foregoing **Sealed Affidavit** with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Matthias David Onderak**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ R. David Baker
R. DAVID BAKER