*Motion GRANTED.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) No. | 3:14-cr-00014 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| JOSHUA CHAPMAN | ) | |

GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF PLEA AGREEMENT

The United States of America, by and through its attorney, the United States Attorney for the Middle District of Tennessee, hereby moves the Court to unseal the plea agreement in this case (Doc. 128) for the limited purpose of ensuring that the government can meet its discovery obligations in *United States v. Mitchell Hunter Oakes*, 3:16-cr-196. In support of this motion, the government represents that it may call Joshua Chapman to testify at the upcoming trial in the *Oakes* matter. As such, the government is obligated to disclose Mr. Chapman's plea agreement to defense counsel in *Oakes*. The government thus requests that the Court unseal Mr. Chapman's plea agreement for the limited purpose of ensuring that the government can provide a copy of that agreement to defense counsel in *Oakes* in advance of trial.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By: */s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney

Dated: June 25, 2018

1