Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) No. | 3:14-cr-00014 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| JOSHUA CHAPMAN | ) | |

**MOTION TO DISCLOSE PORTIONS OF PRESENTENCE REPORT**

The United States, through Assistant United States Attorney Ben Schrader, respectfully moves for permission to disclose certain portions of defendant Joshua Chapman's presentence report to defense counsel in *United States v. Mitchell Hunter Oakes*, 3:16-cr-00196. In support of this motion, the government sets forth as follows:

1. The trial in *United States v. Oakes* is scheduled to begin before Chief Judge Waverly D. Crenshaw, Jr., on August 14, 2018.

2. Joshua Chapman pled guilty before this Court pursuant to a cooperation plea agreement on May 31, 2017.

3. The U.S. Probation Office prepared a presentence report for Mr. Chapman.

4. The government may call Mr. Chapman to testify at trial in *United States v. Oakes* regarding certain admissions the defendant in that case is alleged to have made to Mr. Chapman while the defendant and Mr. Chapman were incarcerated together at the Robertson County Detention Center. Consequently, the government has certain obligations it must meet as to Mr. Chapman under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972).

5. To satisfy those obligations, the government requests permission from this Court

1