# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:14-cr-00014 |
| ) | Judge Trauger |
| JOSHUA CHAPMAN ) | |

## ORDER

By separate Order, the court has ruled on the Petition to Revoke Supervision (Docket No. 142). At the hearing held on that Petition on September 10, 2018, the parties agreed that the defendant would benefit from being evaluated to see if he has ADHD and might benefit from medication. It is therefore ORDERED that this standard mental health condition as follows will be added to the terms of the defendant's supervised release, which will recommence after his custody sentence:

> The defendant shall participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall pay all or part of the costs of such treatment if the United States Probation Office determines the defendant has the financial ability to do so.

It is so **ORDERED**.

ENTER this 11th day of September 2018.

_____
ALETA A. TRAUGER
U.S. District Judge